IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK L. MITCHELL,                No. CIV S-08-2284-CMK-P

    Plaintiff,

  vs.                                 ORDER

ROXAN SANDERS, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's complaint (Doc. 1).  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

        In his complaint, plaintiff claims the defendants are deliberately indifferent to his serious medical condition, carpal tunnel syndrome, in violation of his Eighth Amendment rights. He alleges that he is not being provided proper treatment, is being arbitrarily denied appropriate wrist splints, and his serious condition is being ignoring.

        The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a reasonable

opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on the following defendant(s):

    Sanders, Sabin, Whitney, Bick, Andreason and Grannis.

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;
    b. One completed summons;
    c. Six completed USM-285 form(s); and
    d. Seven copies of the endorsed complaint.

DATED: March 25, 2009

                                                                       **CRAIG M. KELLISON**
                                                                       UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK L. MITCHELL,　　　　　　　　No. CIV S-08-2284-CMK-P

　　　　Plaintiff,

　　vs.

ROXAN SANDERS, et al.,

　　　　Defendants.

_____/

NOTICE OF SUBMISSION OF DOCUMENTS

　　　　Plaintiff hereby submits the following documents in compliance with the court's order:

　　　　　　_1_　　　completed summons form;

　　　　　　____　　　completed USM-285 form(s); and

　　　　　　____　　　copies of the complaint.

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff